**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JOSE EMILIO OCHOA PARACHICO,
Petitioner,
v.
FERETI SEMAIA, *et al.*,
Respondents.

Case No. 2:26-cv-06409-DMK

**JUDGMENT**

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Petition is denied and this action is dismissed without prejudice.

DATED: October 27, 2026

HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE